systems with different stabilizers may be used. The degree of reactions during the sintering significantly vary depending on the particle size, particle size distribution, and densification temperatures. X-ray diffraction was used to determine any detectable chemical reactions during the sintering.

HIPing of zirconia is a well established method for eliminating strength limiting pores or cavities. The flexural strength of sintered ceramics are often improved up to 50% compared to that of pressureless sintered ceramics resulting in a major gain in their structural reliability and machinability. Other resistivity modifiers may have a limited reaction with Y-TZP. However, the modifiers may be thermochemically reduced during the typical HIPing in inert gas, e.g., argon or the like, using graphite heating elements. It is well known that such HIPing may thermochemically reduce such compounds releasing gaseous products. Such gas forming reactions limit the densification caused by bloating, swelling, and/or cracking. For instance, most transition oxides, such as $Fe_2O_3$, $Co_2O_3$, NiO, and $TiO_2$, suffer from such reactions. Accordingly, it is very desirable to find a thermochemically stable, conductivity modifier to avoid such problems. Alternatively, an oxygen HIPing may be used to avoid such negative reactions. However, the high cost of oxygen HIPing is often undesirable for the manufacture of cost effective products.

A number of different ESD dissipation applications require various resistivities ranging from $10^3$ to $10^{11}$ Ohm-cm. The conductivity of ceramics can be controlled by adjusting the amount of conductivity modifiers and/or using different ratios of particle sizes of conductivity modifier over base material. Accordingly, various ceramic compositions may be prepared to cover a variable range of conductivities. Therefore, it is very desirable to establish a method to tune (or tailor) the resistivity of a composition by a rather simple heat treatment (or annealing) of ceramics in air or gas atmosphere. In most ceramic systems the resistivity can change depending on the density of charge carriers such as interstitial cations or vacancies.

It is known that a different heat treatment of ceramics at high temperature in a known atmosphere from their thermal history (densification temperature and atmosphere) can change the equilibrium density of charge carriers in ceramic bodies resulting in a different resistivity. The degree of change in a given system has not been studied for most ceramic systems. In addition, various minor impurities in the system may significantly influence such changes. Further, there may be a few different charge carriers active in some ceramic systems. Accordingly, it is very important to establish the control of resistivities by experiments.

Most ESD dissipative ceramics tools require machining into precision shapes and dimensions. Therefore, if there is a compositional gradient on the surface of ceramic body the ESD dissipating characteristics may vary.

It was found that the volume and surface resistivity fall within an order of magnitude from a sample. Further, the voltage decay time correlates rather well with the surface resistivity in homogeneous material. For instance, a sample with a low surface resistivity (e.g., Rs=$10^6$ Ohm/sq.) exhibits a short voltage decay time, i.e., ~50 ms. If there is a macroscopic compositional segregation in the composite, the dissipation behaviors of material may vary depending on the compositional fluctuation.

Characterization Methods:

Densities of ceramics were measured by the water displacement method with temperature and atmospheric pressure corrections.[12]

Microstructure of ceramics were observed by optical and scanning electron microscopes on polished cross-section of samples prepared by a standard polishing procedure.

Color of ceramic pieces were measured by Miniscan XE Plus available from Hunter Associates Laboratory, Inc., Reston, Va., using 45°/0° optical geometry and 7.6 mm aperture.

X-ray diffraction (XRD) method was used to determine crystalline phases of powders and densified ceramics.

Young's modulus, shear modulus and Poisson's ratio of ceramics were measured by a pulse-echo method using ultrasonic transducers.

Hardness of ceramics were determined by Vickers hardness method at loadings of 5 to 20 Kgf.

The 4-point flexure strength of ceramics were determined by a method specified in ASTM C1160-90 using 3×4×50 mm type-B specimen. Assuming a Weibull modulus of about 10, it is estimated that this method reports a flexural strength that is about 20% lower than that found using JIS R 1601-81 (3-point flexure test using 30 mm span). Average strength of 5 to 15 bars were reported.

Fracture toughness of ceramics were determined by an indentation crack length method using Vickers indenter at loadings of 10 to 40 Kgf. An indentation crack strength method was also used in some occasions.

Volume and surface resistivities (DC) were determined according to methods specified by the ASTM[13], and others at 10 or 100 V. The surface of ceramics was ground by a diamond wheel and cleaned in a ultrasonic bath prior to the resistivity measurement. As an electrode, type 1215 silver-loaded conductive rubber sheet about 0.55 mm thick made by Chomerics Inc. of Woburn, Mass., was used.

Voltage decay time is a measure of charge dissipation and is determined by methods described in literature.[14,15,16,17]

Uses of Semi-Insulating, ESD Dissipative Materials:

The following is a partial list of the many possible uses of the ESD dissipative materials of the present invention. These suggested uses include the following:

MR (magnetoresistive) head substrates,

Transfer tools for magnetic head manufacturing (lapping, polishing, cleaning),

Tools, fixtures, and containers for HGA (head gimbal assembly), HSA (head stack assembly), HDD (hard disk drive) assembly,

Tools, fixtures, and containers for wafer handling, processing, cleaning in water, solvents, and with carbon dioxide,

Tools, fixtures, and containers for wire bonding, trimming, cutting,

Pick-and-place nozzles for IC chip handling,

Nozzles for adhesive and solder dispensing,

Wafer handling fixtures, end effectors, vacuum chucks,

IC handling/test fixtures,

Tools, fixtures, and containers for ESD sensitive devices, e.g., CMOS, GaAs, SiGe, InP, and MRAM, MEMS

Assembly fixtures for IC's and magnetic heads,

Personal tools: tweezers, screw drivers, scissors, blades,

Parts for robotic fingers,

Tools, fixtures, and containers for electro-optic coating process,

Tools, fixtures, and containers for reticles (photo mask), and the like.

In fabricating the component parts described above (which is a non-exhaustive list) the ESD dissipative materials of the present invention may be employed as the entire

component part, or as a portion thereof. For example, ESD dissipative materials may be shaped into the various components by grinding, machining, or the like—in order to have a component part this is entirely formed from an ESD dissipative material. On the other hand, small portions of the component parts may be all that require an ESD dissipative material to be added thereto. In that case, one or more small machined or ground (or otherwise formed) segments of the ESD dissipative materials of the present invention (note—two or more materials may be combined if desired) would be added to the component part (either permanently or in a replaceable manner) in the critical area requiring ESD protection. Persons having ordinary skill in each respective component art can readily adapt the ESD dissipative materials of the present invention to the specific requirements of each component listed herein, as well as others not recited above.

The present invention will be further illustrated with reference to the following examples which aid in the understanding of the present invention, but which are not to be construed as limitations thereof.

EXAMPLE 1

ZnO

A Y-TZP powder containing about 2.8 mol % yttria (YZ110) available from Saint-Gobain Ceramics & Plastics (SGC&P) was mixed in water with varying amounts of zinc oxide available from Zinc Corporation of America in a jar mill with Y-TZP milling media. The surface areas of YZ110 and ZnO powders were 7 and 20 $m^2/g$, respectively, prior to milling. The milled powder was granulated by a laboratory method to pressable powder. The powder was uniaxially pressed into steel molds at 40 MPa, and then cold isostatically pressed (or "CIPed") at 207 MPa to form green bodies.

The green bodies were sintered at 2° C./min to a desired sintering temperature (1350°–1500° C.) for 1 hr to achieve a sintered density of greater than 97% TD (theoretical density). The theoretical density was calculated by a mixing rule based on volume % of ingredients assuming no reaction between two phases during the sintering. Some sintered bodies were HIPed in Ar at 1300° C. for 45 min to achieve the full density. All samples were HIPed to greater than 99.5% T.D., mostly greater than 99.8% T.D.

The resulting densified bodies by sintering and sinter-HIPing were measured for density, Young's modulus, hardness, strength, fracture toughness, phase microstructure, volume and surface resistivities, and ESD dissipation (voltage decay) as summarized in Tables 5 and 6.

Effect of ZnO Content and Grain Size:

Table 5 summarizes volume resistivities as a function of vol. % ZnO in Y-TZP of pressureless sintered samples. It is noted that the resistivities for the ESD dissipation ($10^3 < Rv < 10^{12}$ Ohm-cm) can be achieved by composite materials with 15–35 vol. % ZnO and 85–65 vol. % Y-TZP. These sintered materials can be prepared to greater than 99% T.D. at 1400°–1450° C. for 1–2 Hr. in air.

Sample No. 16 was prepared with a Y-TZP powder containing 3 mol % yttria (HSY3.0) and sintered at 1250° C., which is 150° C. lower temperature than others, to minimize the grain growth of ZnO. It is noted that the volume resistivity of this sample is 5 orders of magnitude lower than Sample No. 2. The present result indicates the fine grain size of conductive phase (ZnO) by low temperature sintering is favorable to achieve a lower resistivity. Further, it is believed that the amount of modifier could be lower by low temperature sintering and reduced grain growth to achieve the same ESD dissipative resistivity.

Effect of Annealing Temperature and Atmosphere:

Surprisingly, the resistivity of Sample No. 8 after HIPing at 1350° C./207 MPa for 45 min showed a significant reduction from $7 \times 10^{11}$ to $5 \times 10^3$ Ohm-cm. Samples No. 9–14 show the effect of heat treatment (annealing) in air on the resistivity of HIPed 20 vol. % ZnO/YZ110 composites showing the tunability of resistivity by a simple heat treatment. These results further indicate that it is not necessary to prepare various compositions to cover a broad range of resistivities for various ESD dissipative applications. Annealing at different atmospheres (Sample No. 15) also provide additional means to achieve the tunable resistivity with this composition.

An over-annealed sample with Rv of $5 \times 10^{11}$ Ohm-cm was annealed at 890° C. for 5 Hr. in 2% $H_2/N_2$ atmosphere, resulting in a resistivity of $5 \times 10^6$ Ohm-cm. This result indicates that the resistivity control of this material is reversible. Accordingly, it is believed that the desired resistivity can be achieved by composition, annealing in air, and/or annealing in a controlled atmosphere.

TABLE 5

| ID # | Zirconia type | ZnO (Vol %) | Densification (Method/Temp.) | Heat treatment (Temp/time) | Heat treatment (Atm.) | Rv (Ohm-cm) |
|---|---|---|---|---|---|---|
| 1  | YZ110   | 15 | S/1400° C.*  | —            | —         | 2.0E12 |
| 2  | YZ110   | 20 | S/1400° C.   | —            | —         | 7.4E11 |
| 3  | YZ110   | 25 | S/1400° C.   | —            | —         | 5.6E10 |
| 4  | 2.6YTZP | 25 | S/1400° C.   | —            | —         | 7.6E09 |
| 5  | 2.6YTZP | 30 | S/1400° C.   | —            | —         | 9.1E07 |
| 6  | YZ110   | 30 | S/1400° C.   | —            | —         | 7.9E06 |
| 7  | 2.6Y-TZP| 35 | S/1400° C.   | —            | —         | 6.9E04 |
| 8  | YZ110   | 20 | H/1350° C.** | —            | —         | 5.0E03 |
| 9  | YZ110   | 20 | H/1350° C.   | 560° C./5 Hr | Air       | 4.0E04 |
| 10 | YZ110   | 20 | H/1350° C.   | 585° C./5 Hr | Air       | 9.0E04 |
| 11 | YZ110   | 20 | H/1350° C.   | 600° C./5 Hr | Air       | 1.7E06 |
| 12 | YZ110   | 20 | H/1350° C.   | 630° C./5 Hr | Air       | 5.0E06 |
| 13 | YZ110   | 20 | H/1350° C.   | 680° C./5 Hr | Air       | 1.3E11 |
| 14 | YZ110   | 20 | H/1350° C.   | 630° C./24 Hr| Air       | 2.5E11 |
| 15 | YZ110   | 20 | H/1350° C.   | 810° C./2 Hr | 2% H2/N2  | 6.0E06 |
| 16 | HSY3.0  | 20 | S/1250° C.   |              |           | 2.9E06 |

S*: pressureless sintering in air, H**: HIPing in argon

Transient Current and Voltage Decay Time:

Samples of composition 20% and 25% ZnO/YZ110 were prepared and were heat treated in air at temperatures in the range 600°–650° C. to give the resistivity values shown below. Measurements of transient current were made with the apparatus shown in FIG. 1.

To make a measurement, the plate (which is part of the charged plate monitor) is charged to a fixed voltage. This loads the plate with about 7 nC of charge at 350 V. This charge is then dissipated to ground by touching the sample with the movable contact. The peak transient current is determined from the peak voltage seen from the current probe by the oscilloscope, which records voltage every nanosecond.

Decay time is measured by reading the voltage output of the charged plate monitor on a digital oscilloscope as a function of time. The time for the voltage to fall from 900 V to 100 V is measured from the oscilloscope after initial charging to 1,000 V. Instrument electronics set a limit of 25 ms as the shortest measurable decay time. The following results were obtained:

TABLE 6

| Sample | Volume resistivity (Ohm-cm) | Peak current at 400 V (mA) | Peak current at 500 V (mA) | Decay time (ms) |
|---|---|---|---|---|
| #18 (20% ZnO) | $7.7 \times 10^5$ | 1.6 | 16 | less than 25 |
| #10 (20% ZnO) | $2.2 \times 10^6$ | less than 1 | 14.7 | less than 25 |
| #11 (20% ZnO) | $1.6 \times 10^8$ | Not measured | 1 | 43 |
| #34 (25% ZnO) | $3.1 \times 10^9$ | less than 1 | 2.0 | Not measured |

Table 7 summarizes properties of 20 vol. % ZnO/YZ110 composition after HIPing. The material is highly dense with a relative density of greater than 99.5% T.D. with a light yellow color (lighter than 50% of 16 gray scale), mechanically strong with a flexural strength of the material of 1 GPa, substantially safe with low transient current, and highly dissipative with a decay time from 1,000V to 100V is typically less than 50 ms. Accordingly, the material should be good for the ESD dissipative ceramics. Further, the residual magnetic flux density of this material is substantially negligible due to the absence of Fe, Co, Ni, and Cr-oxides in the composition.

from SGC&P in a jar mill with Y-TZP milling media. The powder has nominal dopants of 1% $Sb_2O_3$ and 0.5% CuO for improved conductivity. Prior to the mixing the doped tin oxide was milled to surface area of ~15 $m^2/g$. Surface area of Y-TZP was 7 $m^2/g$ prior to milling. Another commercial tin oxide powder (available from Alfa Aesar, Ward Hill, Mass.) milled to a surface area of 12 $m^2/g$ was also used. The milled powder was granulated by a laboratory method to pressable powder. The powder was uniaxially pressed into steel molds at 40 MPa, and then CIPed at 207 MPa to form green bodies. The green bodies were sintered at 2° C./min to a desired sintering temperature (1400–1500° C.) for 1 hr to achieve a sintered density of greater than ~95% T.D. The theoretical density was calculated by a mixing rule based on the composition assuming no reaction between two phased during the sintering. Some sintered bodies were HIPed in Ar at 1400° C. for 45 min to achieve the full density.

The resulting densified bodies by sintering and sinter-HIPing were measured for density, Young's modulus, hardness, strength, fracture toughness, phase microstructure, volume and surface resistivities, and ESD dissipation (voltage decay).

The pure $SnO_2$ is an insulative material. It was confirmed that compositions of 10–50% $SnO_2$/Y-TZP are insulative, $Rv=10^{13}$ Ohm-cm, as shown in Table 9. A limited heat treatment in Ar and $N_2$ in a tube furnace did not show a significant decrease in the resistivity. The color was remained as light grayish, lighter than 50% of 16 gray scale. A HIPed sample at 1400° C./207 MPa/60 min in Ar turned into a medium gray and showed resistivities of $10^7$ Ohm-cm.

TABLE 9

| | $SnO_2$ (Vol %) | Densification (Method/Temp.) | Rv (Ohm-cm) |
|---|---|---|---|
| Undoped | 10 | S/1450° C.* | 1.2E13 |
| Undoped | 20 | S/1450° C. | 1.5E13 |
| Undoped | 30 | S/1450° C. | 3.7E13 |
| Undoped | 35 | S/1450° C. | 3.4E13 |
| Doped | 50 | S/1450° C. | 6.5E12 |
| Doped | 50 | H/1350° C.** | 6.1E07 |
| Doped | 50 | H/1300° C.** | 2.6E07 |

S*: pressureless sintering in air, H**: HIPing in argon

TABLE 7

| Property Name | SI Units | (Mean values) | Test method |
|---|---|---|---|
| Color | | Light yellow- | Visual/color meter |
| Density | g/cm³ | 5.99 | Water displacement |
| Porosity | % | less than 0.5% | Density and polished surface |
| Grain size | μm | 1 | Linear intercept |
| Young's Modulus, 20° C. | GPa | 195 | Ultrasonic wave velocity |
| Hardness - Vickers, 20° C. | GPa | 9.2 | Vickers hardness at P = 20 Kgf |
| Flexural Strength, 20° C. | MPa | 1000 | 4-point bending, ASTM-C1161-90 |
| Fracture Toughness, 20° C. | MPa | 5.9 | Indentation crack length |
| Fracture Toughness, 20° C. | MPa | 4.2 | Indentation strength at P = 40 Kgf |

EXAMPLE 2

$SnO_2$

A Y-TZP powder (HSY3.0) containing about 3 mol % yttria available from Zirconia Sales of America was mixed with varying amount of tin oxide ($SnO_2$, T1186)[18] available

Properties of HIPed 50% doped-$SnO_2$/HSY3.0 were measured as summarized below. The material shows light to medium grey. The material is stiffer and harder than those of 20 vol. % ZnO/YZ110 which are similar to those of typical Y-TZP's. In addition, the material is also substantially non-magnetic.

TABLE 10

| Property Name | SI Units | (Mean values) | Test method |
|---|---|---|---|
| Color | | Light gray | Visual/color meter |
| Density | g/cm$^3$ | 6.43 | Water displacement |
| Porosity | % | less than 1% | Density and polished surface |
| Grain size | μm | 1 | Linear intercept |
| Young's Modulus, 20° C. | GPa | 224 | Ultrasonic wave velocity |
| Hardness - Vickers, 20° C. | GPa | 11.4 | Vickers hardness at P = 20 Kgf |
| Flexural Strength, 20° C. | MPa | 650 | 4-point bending, ASTM-C1161-90 |
| Fracture Toughness, 20° C. | MPa m$^{1/2}$ | 3.9 | Indentation crack length |
| Fracture Toughness, 20° C. | MPa m$^{1/2}$ | 3.9 | Indentation strength at P = 40 Kgf |

### EXAMPLE 3

### LaMnO$_3$

A batch of LaMnO$_3$ was prepared by the solid-state reaction of an equimolar powder mixture of La$_2$O$_3$ and Mn$_2$O$_3$ at 1400° C. for 2 hr in air. The XRD of reaction formed powder indicated a well developed LaMnO$_3$, a perovskite family. The reaction formed powder was milled in a plastic jar mill with Y-TZP milling media to BET surface area of 15 m$^2$/g. A batch of 30 vol % LaMnO$_3$/3Y-TZP was processed using mixtures of LaMnO$_3$ and Y-TZP (YZ110, SGC&P, Worcester, Mass.) followed by the same preparation method described in Example 1.

Samples were sintered at 1250°–1350° C. to greater than 98% T.D. The density of low temperature (1225° C.) sintered samples was greater than 97% T.D. Sintered samples were HIPed at 1175° and 1350° C. at 207 MPa of argon to full density. The high temperature (1350° C.) sinter-HIPed samples show a significant grain growth, formation of reaction phase, lanthanum zirconate (La$_2$Zr$_2$O$_7$), and a few minor surface cracks. The low temperature HIPed samples show a much smaller grain size and no indication of bloating or cracking. Both sintered and HIPed samples were black. It is reported in U.S. Pat. No. 6,136,232 (2000) that some perovskite-type compounds such as LaMnO$_3$ and LaFeO$_3$ are not chemically stable in combinations with partially stabilized zirconias and at typical sintering temperatures form secondary zirconia compounds such as La$_2$Zr$_2$O$_7$ thus effecting the phase stability of the remaining zirconia alloy. The present result indicates that LaMnO$_3$ can be successfully used to prepare a composite with Y-TZP with a low temperature sintering.

Microstructural observations by SEM from a polished cross section of low temperature sintered sample indicates that the grain size of the material is less than 1 μm. The XRD from a polished cross section also indicated that the majority of tetragonal zirconia was retained with negligible reaction to form lanthanum zirconate (La$_2$Zr$_2$O$_7$), which is an insulator. The present results indicate that a tough, black ESD dissipative zirconia can be prepared by mixing LaMnO$_3$ in Y-TZP by a low temperature sintering.

TABLE 11

| ZrO$_2$ type | LaMnO$_3$ (Vol %) | Densification (Method/Temp.) | Rv (Ohm-cm) |
|---|---|---|---|
| YZ110 | 20 | S/1250° C.* | 1.2E11 |
| YZ110 | 25 | S/1250° C. | 1.5E08 |
| YZ110 | 30 | S/1250° C. | 3.7E07 |
| YZ110 | 30 | H/1175° C.** | 6.1E07 |
| YZ110 | 30 | H/1200° C.** | 2.6E07 |
| YZ110 | 30 | S/1400° C. | 2.8E11 |
| YZ110 | 30 | H/1350° C.** | 6.4E12 |

S*: pressureless sintering in air, H**: HIPing in argon

TABLE 12

| Property Name | SI Units | (Mean values) | Test method |
|---|---|---|---|
| Color | | Light gray | Visual/color meter |
| Density | g/cm$^3$ | 6.13 | Water displacement |
| Porosity | % | less than 0.5% | Density and polished surface |
| Grain size | μm | 1 | Linear intercept |
| Young's Modulus, 20° C. | GPa | 182 | Ultrasonic wave velocity |
| Hardness - Vickers, 20° C. | GPa | 11.8 | Vickers hardness at P = 20 Kgf |
| Flexural Strength, 20° C. | MPa | 716 | 4-point bending, ASTM-C1161-90 |
| Fracture Toughness, 20° C. | MPa | 4.2 | Indentation crack length |
| Fracture Toughness, 20° C. | MPa | 3.6 | Indentation strength at P = 40 Kgf |

The present result is different from others. For instance, Kyocera's Japanese Patent Application indicates the amount of Mn$_2$O$_3$ must be limited to less than 2 Wt. % in order to achieve a good zirconia ceramics.

The effect of HIPing on the volume resistivity was also determined. Unlike other materials described in Examples 1 and 2, the volume resistivity of the material was not changed before and after sintering. It is believed that various doped LaMnO$_3$ and LaBO$_3$ (B Al, Mn or Co)[19,20] family can be used as semiconductive dispersoids in zirconia.

### EXAMPLE 4

### LaCrO$_3$

A batch of LaCrO$_3$ was prepared by the solid-state reaction of an equimolar powder mixture of La$_2$O$_3$ and

| 17 | 18 |

$Cr_2O_3$ at 1400° C. for 4 hr in air. The XRD of reaction formed powder indicated a well developed $LaCrO_3$. The reaction formed powder was milled in a plastic jar mill with Y-TZP milling media to BET surface area of 15 $m^2/g$. A batch of 30 vol % $LaCrO_3$/3Y-TZP was processes using mixtures of $LaMnO_3$ and Y-TZP (HSY-3.0, Zirconia Sales of America, Atlanta, Ga.) followed by the same preparation method described in Example 1. Samples were sintered at 1450°–1500° C. in air to greater than 97% T.D. and showed a dark green color with a volume resistivity of $9\times10^3$ Ohm-cm. Sintered samples were HIPed at 1450° C. at 207 MPa of argon to full density. The color of HIPed samples became slightly lighter than that of sintered only.

Microstructural observations by SEM from a polished cross section indicate that the grain size of the material is about 1 $\mu m$. The XRD from a polished cross section also indicated that the majority of tetragonal zirconia was retained with no measurable reaction to form lanthanum zirconate. The present results indicate that a dense, tough, dark colored ESD dissipative zirconia can be prepared by mixing $LaCrO_3$ in Y-TZP by sinter-HIPing.

TABLE 13

| $ZrO_2$ type | $LaCrO_3$ (Vol %) | Densification (Method/ Temp.) | Heat treatment (Temp/time) | (Atm.) | Rv (Ohm-cm) |
|---|---|---|---|---|---|
| 3.0Y-TZP | 10 | S/1550° C. | | | 1.0E11 |
| 3.0Y-TZP | 20 | S/1550° C. | | | 3.5E10 |
| 3.0Y-TZP | 30 | S/1550° C. | | | 1.7E07 |
| 3.0Y-TZP | 40 | S/1550° C. | | | 2.0E06 |
| 3.0Y-TZP | 30 | H/1400° C.** | — | — | 1.2E12 |
| 3.0Y-TZP | 30 | H/1400° C.** | 1400 C./1 Hr | Air | 5.4E06 |

S*: pressureless sintering in air, H**: HIPing in argon

TABLE 14

| Property Name | SI Units | (Mean values) | Test method |
|---|---|---|---|
| Color | | Dark green | Visual/color meter |
| Density | $g/cm^3$ | 6.27 | Water displacement |
| Porosity | % | less than 0.5% | Density and polished surface |
| Grain size | $\mu m$ | 1 | Linear intercept |
| Young's Modulus, 20° C. | GPa | 228 | Ultrasonic wave velocity |
| Hardness - Vickers, 20° C. | GPa | 12 | Vickers hardness at P = 20 Kgf |
| Flexural Strength, 20° C. | MPa | 1020 | 4-point bending, ASTM-C1161-90 |
| Fracture Toughness, 20° C. | MPa | 4.8 | Indentation strength (3.0Y-TZP) |
| Fracture Toughness, 20° C. | MPa | 5.7 | Indentation strength (2.5Y-TZP) |
| Fracture Toughness, 20° C. | MPa | 8.9 | Indentation strength (2.0Y-TZP) |
| ESD voltage decay time | ms | 70 | From 1000 V |

The resistivities were measured before and after HIPing. Surprisingly, we have found a significant increase, up to 3 orders of magnitude, in resistivity after HIPing. The thermal annealing in air at 1400° C./60 min in air reproducibly recover the resistivity back to the sintered value as summarized in Table 13. The present finding on the reversible resistivity has not been reported in the literature. U.S. Pat. No. 6,136,232 (2000) reports that complex chromate $A_xB_y$-$CrO_3$ can be used to prepare electrostatic dissipative ceramics. Further, it is stated that the material can be HIPed for higher density. However, it was not disclosed that the resistivity of such material drastically changes with HIPing and a need for adjustment of resistivity by the controlled heat treatment.

Batches with varying amounts of $Y_2O_3$: 2Y, 2.5Y, and 3Y (mol. %) were prepared using mixtures of HSY3.0 and DK-1 (0% $Y_2O_3$—$ZrO_2$, Zirconia Sales of America) to determine the optimum stabilization of zirconia. The fracture toughness of these compositions are listed in Table 8 showing a higher $K_{IC}$ up to 9 $MPam^{0.5}$ of the composite with 2Y-TZP.

### EXAMPLE 5

#### Zirconium Carbide (ZrC)

Similarly, ZrC can be mixed with Y-TZP to prepare dense, semi-insulative, ESD dissipative ceramics as listed in Table 16. The semi-insulating compositions were prepared by mixing 10 to 20 vol % of ZrC in Y-YZP (HSY3.0). ZrC does not react with $ZrO_2$ during the hot pressing at 1550° C./20 MPa in argon using graphite dies. The color of hot pressed ZrC was black. The resulting composite is stiffer and harder than $ZrO_2$. Accordingly, the semi-insulating materials with ZrC is slightly stiffer and harder than Y-TZP can be prepared with ZrC.

TABLE 15

| ZrC | 3Y-TZP (Vol. %) | Hot Pressing (Temp./Hr) | Rv ($\Omega$-cm) |
|---|---|---|---|
| 10 | 90 | 1550° C./1 H | 1.3E12 |
| 11.5 | 88.5 | 1550° C./1 H | 7.0E11 |
| 12.5 | 87.5 | 1550° C./1 H | 5.2E11 |
| 13.5 | 86.5 | 1550° C./1 H | 3.7E09 |
| 15 | 85 | 1550° C./1 H | 5.4E04 |
| 20 | 80 | 1550° C./1 H | 3.7E04 |
| 25 | 75 | 1550° C./1 H | 2.3E00 |

### EXAMPLE 6

#### Aluminum Nitride (AlN)

This example shows another ceramic material—aluminum nitride—that can be heat-treated to be suitable for static dissipation. A 12×12×1 mm square of aluminum nitride was procured from SGCP (Carborundum). Surface resistance was measured to be greater than $10^{10}$ ohms. This is too high to be able to dissipate charge effectively. The sample was then heat treated in argon at 1900° C. for 20 minutes and cooled rapidly to room temperature at a rate more than 10° C./minute. The surface resistance was measured again on both sides. It was about $2\times10^9$ ohms, which is in the range suitable for dissipating static electricity.

### EXAMPLE 7

#### Complex Oxides—$BaO \cdot 6Fe_2O_3$

Complex oxide compounds such as barium hexaferrite ($BaO \cdot 6Fe_2O_3$) can also be mixed with Y-TZP (YZ 110) to prepare dense, semi-insulative, ESD dissipative ceramics.

The semi-insulating compositions were prepared by mixing 25 vol % of BaO 6Fe$_2$O$_3$ (BaFe$_{12}$O$_{19}$) in Y-YZP (YZ110). The composition can be sintered at 1300°–1400° C. for 1 Hr. in air to greater than 98% TD. The volume resistivity of the sintered disks was 2×10$^7$ Ohm-cm. Barium hexaferrite is known as a strong magnetic material. The sintered composite was easily attracted by a permanent magnet indicating a good retainablilty of BaO 6Fe$_2$O$_3$ phase in fine zirconia matrix. In summary, one can also prepare a strong magnetic, ESD dissipative, zirconia ceramics for potential applications.

### EXAMPLE 8

#### Color Measurements

Color measurements were made using two separate methods. First, lightness of color was judged using a 16 level gray scale ranging from white to black. Measurements were also made with a Hunterlab Miniscan XLE calorimeter, made by Hunter Associates Laboratory of Reston, Va. The instrument illuminates the sample target with diffuse illumination and observes the reflected light at an 8 degree angle with a spectrophotometer covering the range 400–700 nm. Output from the colorimeter was presented using the CIE 1976 L*a*b* scale, wherein:

L* measures lightness and varies between 0 and 100 (100 is white/1 is black);

a* measures redness when positive, gray when zero and greenness when negative;

b* measures yellowness when positive, gray when zero and blueness when negative.

We noted that the 50% point on the gray scale corresponded to values of L* higher than 50.

This lowered surface resistance below 1 M$\Omega$, as measured with the same probe. Electrodes were then attached with silver paint to two locations on the ground face of the bar about 7 mm apart along the length of the bar.

The bar with electrodes was loaded into a standard 4-point bending fixture (with supports 40 mm apart on the tension side and 20 mm apart on the compression side) with the electrodes on the compression side.

Load was applied to the bar and the resistance between the electrodes was measured. The dependence of resistance R on compressive strain e was found to follow the equation $\partial 1 nR/\partial e = 100$. This value is unusually high—for most conductors $\partial 1 nR/\partial e$ is less than 5. Although the present invention is not limited by theory, it is believed that this behavior results from the fact that only just enough conductor has been added to the insulating zirconia ceramic to make it conductive, and that small perturbations to the material therefore have disproportionately large effects on conductivity.

Several applications suggest themselves. Monitoring the resistance of a component made from this class of materials will provide an indication of the stress in the material. For heavily loaded components, this may lead to early detection of incipient failures. Vibrations in the material should produce oscillations in the electrical conductivity and hence may be conveniently detected.

In the example, the sample was deliberately fabricated to have a non-uniform conductivity. This was beneficial because the current was forced to go through the most highly stressed region of the sample, thereby maximizing the response. In other situations—e.g., a bar in pure tension—the stress may be more uniform and, hence, there would be no need to make the conductivity non-uniform.

In the example, grinding the surface of the sample was used to enhance the conductivity of the sample in one local

TABLE 16

CIE Measurement Results

| Sample | Processing | Density (% theoretical) | Resistivity (M$\Omega$-cm) | L* | a* | b* |
|---|---|---|---|---|---|---|
| A | 1250C/ 1 hr sinter, 1200C/ 45 min HIP | 99.0 | 0.0012 | 75.28 | −6.07 | 10.63 |
| B | 1250C/ 1 hr sinter, 1200C/ 45 min HIP | 99.0 | 0.0014 | 69.06 | −5.1 | 2.53 |
| As above, after 4 hrs/580C in air | | | 10.7 | 86.07 | −4.81 | 15.94 |
| C | 1400C/ 1 hr sinter, 1350C/ 45 min HIP | >99% | 3 | 79.61 | 2.62 | 48.21 |
| Kyocera (comparative) | (As supplied) | unknown | 10 | 44.03 | −0.04 | −0.32 |

The first two samples (A and B) were made from the HSY3.0 zirconia source and sample C from YZ110. The Kyocera sample was a commercially obtained sample.

### EXAMPLE 9

#### Effect of Perturbations on Conductivity

A 50 mm×4 mm×3 mm bar of composition ZrO$_2$-20%ZnO was prepared by mixing powders of ZrO$_2$-2.6%Y$_2$O$_3$ and ZnO, milling them together, sintering and then hot isostatic pressing, as in the earlier examples.

FIG. 3 illustrates the test apparatus used herein. The bar was heat treated in air in the range 600°–700° C. and the surface resistance of the bar, as measured with a PRF-912 probe (from ProStat Corporation of Bensonville, Ill.) was found to be over 100 M$\Omega$. One side of the bar was ground.

area. This could also be accomplished by locally reducing the conductive phase by a chemical means—atomic hydrogen for example—or by diffusing in an additive that promotes conductivity in the conductive phase (alumina in zinc oxide, for example), or by locally lowering the concentration of a conductivity inhibitor (lithium oxide in zinc oxide reduces conductivity and the lithium concentration in a lithium doped sample might be reduced by heat treatment in an HCl atmosphere).

Another factor influencing conductivity is the temperature of the specimen. In cases where this varies, it may be advantageous to measure the resistance of the specimen in two locations—one stressed and one not stressed and use the

results from the not-stressed area to correct for the influence of temperature (See FIG. 2). The case of a beam in flexure allows a slightly different approach:

The two resistance sensors are fabricated by locally increasing the conductivity of the material on opposite faces of the beam. If the two resistance sensors are identical, then the ratio of their resistances will be independent of temperature and will be proportional to the bending stress in the beam.

### EXAMPLE 10

#### Low Temperature Degradation (LTD) Resistant ESD Safe Ceramics

Y-TZP has long been known as tougher and stronger than most other ceramics. It's low temperature degradation (LTD) behavior is, though, a significant limitation for some wear resistant applications at low temperature regime (150°–300° C.). The tetragonal zirconia polycrystals (TZP) transform to monoclinic zirconia polycrystals resulting in volume expansion and microcracking at the low temperature regime. Such transformation can be worst in the presence of humidity, especially under equilibrium steam pressure. An accelerated test has been used to determine the LTD behavior of Y-TZPs as described in U.S. Pat. No. 6,069,103, which is hereby incorporated herein by reference.

MOR bars were autoclaved at 200° and 250° C. under equilibrium steam pressure for 48 hours in an autoclave, followed by 4-point bending strength measurement. Table 16 shows flexural strength of 20 vol. % ZnO/YZ110 after the autoclave treatments. The results indicate that the resistance to LTD of 20ZnO/YZ110 is significantly better than that of typical Y-TZP (TZ-3Y, available from Tosoh, Japan). The improved LTD resistance over Y-TZP is desirable using ESD dissipative, zirconia ceramics in degrading environments.

TABLE 17

| Flexural strength after autoclave treatment for 48 hours. | | |
|---|---|---|
| | Flexural strength (MPa) | |
| Autoclave temperature (° C.) | 20 ZnO/YZ110 | TZ3Y |
| 20 | 1050 | 1507 |
| 200 | 574 | 474 |
| 250 | 744 | 590 |

### EXAMPLE 11

#### Low Particle Generation

ESD safe ceramics are often used in clean room processing environments of magnetic heads, semiconductor components, and IC manufacturing. If ESD safe ceramics shed particles during their use, sensitive electronic components might be damaged. In addition, those contaminated particles must be cleaned, resulting in a costly down time of expensive processing equipment. Further, contaminated particles may contribute for latent or delayed damage in finished products, contributing to costly warranty repairs. Therefore, it is very desirable to develop a material with drastically reduced particle generation. In addition, an improved surface finish process of such material is highly desirable for low particle generation.

Twenty (20) ZnO/YZ 110 samples of disk and square shapes were tumble finished by rolling in a ten sided mill for 72 hours with quartz or silicon carbide media. Some samples were lapped or polished to smoother surface finish to determine the effect of surface finish on the particle generation. A white light interference microscope, Zygo NewView 100, was used to measure surface roughness (Ra) after this tumble finish treatment.

Samples of the 20 ZnO/YZ 110 with various surface finishes were tested with a liquid particle counter (LPC). A sample with 3×4×25 mm in size (machined MOR bar) and surface finish of 3800 Å was used as a baseline. Samples were cleaned using a standard procedure used to clean burnish/glide heads for magnetic disk media. A Crest ultrasonic bath was used to dislodge particles from the samples into water (68 kHz for 30 sec.). Liquid particle counts were taken from this water using an LS-200 PMS. The results were normalized by surface area of test sample and reported as number of particles per $cm^2$.

The baseline sample with Ra of greater than 3000 Å showed about greater than 600 particles/$cm^2$. The treated samples significantly reduced number of particles as a function of surface finish as shown in Table 18. Rougher surfaces typically generate more particles in sliding friction or physical impact applications due to the abrasive nature of the surface and the material used. Decreasing the surface roughness of 20 ZnO/YZ110 by tumble finish, fine grinding, lapping or polishing reduces its potential for particle generation.

TABLE 18

| LPC results as a function of surface finish. | | |
|---|---|---|
| Surface finish | Ra (Å) | LPC (particles/$cm^2$) |
| Baseline | greater than 3000 | greater than 600 |
| Tumble finish | 2250 | 250 |
| Tumble finish | 1500 | 120 |
| Fine grinding | 1000 | 78 |
| Lapping | 500 | 37 |
| Polishing | 20 | 20 |

Tumbling is a low cost, industrial process to clean asperities and burrs. Ceramic thread guides are tumble finished to Ra of 100 Å. The present results indicate that ESD dissipative ceramics can be prepared to very low LPC by HIPing and optimum surface finish. For instance ESD dissipative, ceramic tweezers tips can be tumble finished to low LPC.

### REFERENCES

The following references are cited herein as background information. To the extent necessary for a full understanding of this invention, the disclosures of these references are hereby incorporated herein by reference:

1. A. J. Wallash, "Electrostatic Discharge (ESD) in Magnetic Recording: Past, Present and Future," Proc. Of Understanding ESD in Magnetic Recording, IDEMA, pp. 3–20, 2000.
2. A. J. Wallash, T. S. Hughbanks and S. H. Voldman, "ESD Failure Mechanisms of Inductive and Magnitoresistive Recording Heads," EOD/ESD Symposium 95, 322–330 (1995).
3. J. Elston; Z. Mihailovic, M. Roux, "Study of High-temperature Electrical Properties of Zirconia and Lanthanum Chromite Sinters," Proceedings of a Symposium on Magnetohydrodynamic Electrical Power Generation, p. 1061, 389–403, 1966.
4. Popp; V. Wuerttenbe, "Tweezers protecting components against electrostatic discharge—has handling surfaces of non-chafing ceramic of high specific surface resistance" DE 3743630 C, Mar. 16, 1989.

5. "Tape Guides and Method of Manufacturing", JP 3-5363 A, Jan. 11, 1999,—Kyocera.
6. N. Shinohara and O. Kita, "Electrification Removing Components", U.S. Pat. No. 5,612,144 Mar. 18, 1997.
7. K. Shikada, et al., "Alumina Sintered Product", U.S. Pat. No. 5,830,819 Nov. 3, 1998.
8. H. Aida, Y. Ito, T. Fukutome, and K. Mikami, "Semi-insulating Aluminum Nitride Sintered Body", U.S. Pat. No. 5,958,813, Sept. 28, 1999.—Kyocera.
9. C. Lam, "Characterization of ESD Tweezers for Use with Magnetoresistive Recording Heads," EOS/ESD Symposium-1996, 14–21 (1996).
10. K. J. Kim et al., "Advancements in Inherently Dissipative Polymer (IDP) Alloys Provide New Levels of Clean, Consistent ESD Protection," EOS/ESD Symposium 2000, pp. 132–38, 2000.
11. R. V. Wilhelm, D. S. Howarth, "Iron Oxide-doped Yttria-Stabilized Zirconia Ceramic: Iron Solubility and Electrical Conductivity," Am. Ceram. Soc. Bull., 58 (2) 228–32 (1979).
12. N. A. Pratten, "Review, The Precise Measurement of the Density of Small Samples," J. Mater. Sci., 16, 1937–47 (1981).
13. ASTM: D257-93, "Standard Test Method for DC Resistance or Conductance of Insulating Materials".
14. FED. Test Method Std. No. 101, "Electrostatic Properties of Materials," Rev. B, Method 4046, January 1969; Rev. C, Method 4046.1, October 1982, Change Notice 1.
15. N. Jonassen, "Static-Electric Characterization of Semi-insulating Materials," EOS/ESD Symposium EOS-6, 1984.
16. G. Baumgartner, "Electrostatic Decay Measurement, Theory and Applications," EOS/ESD Symposium 95, pp. 265–72, 1995.
17. C.F. Lam, C. Chang, "Decay-Time Characterization of ESD Materials for Use with Magnetoresistive Recording Heads," EOS/ESD Symposium 97, pp. 373–81, 1997.
18. E. A. Bush, U.S. Pat. No. 3,502,597, Mar. 24, 1970.—"Method of Improving the Electrical Conductivity of Sintered Tin Oxide Electrodes".
19. M. J. DeBarr, et al., "Conduction Mechanism in the La(Al,Mn)$_3$ System," Point Defects and Related Properties of Ceramics, Ed. T. O. Mason, et al, Ceramic Trans. Vol 24, Am. Ceram. Soc., pp. 229–238, 1991.
20. M. S. Islam, M. Cherry and L. J. Winch, "Defect Chemistry of LaBO$_3$ (B=La, Mn or Co) Perovskite-type Oxides," J. Chem. Soc., Faraday Trans, 92930 479–482 (1996).

The present invention has been described in detail, including the preferred embodiments thereof. However, it will be appreciated that those skilled in the art, upon consideration of the present disclosure, may make modifications and/or improvements on this invention and still be within the scope and spirit of this invention as set forth in the following claims.

What is claimed is:

1. An ESD dissipative ceramic component formed by sintering a mixture comprising a base material and one or more resistivity modifiers for a sufficient time and at a sufficient temperature to achieve at least 99 percent of the theoretical density,
   wherein the base material comprises a tetragonal zirconia polycrystal (TZP);
   wherein the resistivity modifier comprises from about 5 vol. % to 60 vol. % of the base material and is selected from the group consisting of conductive and semiconductive materials or mixtures thereof;
   and wherein the ESD dissipative ceramic component has the following physical properties;
   (a) volume resistivity ranging from $10^3$–$10^{11}$ Ohm-cm;
   (b) flexural strength of at least 500 MPa; and
   (c) voltage decay time of less than 500 ms.

2. The ESD dissipative ceramic component of claim 1, wherein the TZP comprises yttria stabilized TZP (Y-TZP) wherein the yttria is present at from about 2.5 to 4.5 mole percent.

3. The ESD dissipative ceramic component of claim 2, wherein the Y-TZP comprises 2.6 mole percent yttria.

4. The ESD dissipative ceramic component of claim 2, wherein the Y-TZP comprises 2.8 mole percent yttria.

5. The ESD dissipative ceramic component of claim 2, wherein the Y-TZP comprises 3 mole percent yttria.

6. The ESD dissipative ceramic component of claim 1, wherein the resistivity modifier comprises from about 10 vol. % to 50 vol. % of the base material.

7. The ESD dissipative ceramic component of claim 1, wherein the resistivity modifier comprises from about 20 vol. % to 40 vol. % of the base material.

8. The ESD dissipative ceramic component of claim 1, wherein the resistivity modifier comprises from about 25 vol. % to 30 vol. % of the base material.

9. The ESD dissipative ceramic component of claim 1, wherein the resistivity modifiers is selected from the group consisting of oxides, carbides, nitrides, oxycarbides, oxynitrides, and oxycarbonitrides.

10. The ESD dissipative ceramic component of claim 1, wherein the flexural strength is at least 600 MPa.

11. The ESD dissipative ceramic component of claim 1, wherein the flexural strength is at least 700 MPa.

12. The ESD dissipative ceramic component of claim 1, wherein the flexural strength is at least 800 MPa.

13. The ESD dissipative ceramic component of claim 1, wherein the flexural strength is at least 900 MPa.

14. The ESD dissipative ceramic component of claim 1, wherein the flexural strength is at least 1000 MPa.

15. The ESD dissipative component of claim 1, where the component has less than 600 particles/cm$^2$ in the particle generation test and where the component has an Ra of less than 3000 Å.

16. The ESD dissipative component of claim 15, wherein the surface finish is produced by tumbling.

17. The ESD dissipative component of claim 15, wherein the color of the ceramic is light.

18. The ESD dissipative component of claim 15, wherein the color of the ceramic is dark.

19. An ESD dissipative ceramic component formed by sintering a mixture comprising a base material and one or more resistivity modifiers for a sufficient time and at a sufficient temperature to achieve at least 99.5 percent of the theoretical density;
   wherein the base material comprises a tetragonal zirconia polycrystal (TZP);
   wherein the resistivity modifier comprises from about 5 vol. % to 60 vol. % of the base material and is selected from the group consisting of conductive and semiconductive materials or mixtures thereof;
   and wherein the ESD dissipative ceramic component has the following physical properties:
   (a) volume resistivity ranging from $10^5$–$10^9$ Ohm-cm;
   (b) flexural strength of at least 500 MPa; and
   (c) voltage decay time of less than 500 ms.

20. The ESD dissipative ceramic component of claim 19, wherein the TZP comprises yttria stabilized TZP (Y-TZP) wherein the yttria is present at from about 2.5 to 4.5 mole percent.

US 6,669,871 B2

25 / 26

21. The ESD dissipative ceramic component of claim 20, wherein the Y-TZP comprises 2.6 mole percent yttria.

22. The ESD dissipative ceramic component of claim 20, wherein the Y-TZP comprises 2.8 mole percent yttria.

23. The ESD dissipative ceramic component of claim 20, wherein the Y-TZP comprises 3 mole percent yttria.

24. The ESD dissipative ceramic component of claim 19, wherein the resistivity modifier comprises from about 10 vol. % to 50 vol. % of the base material.

25. The ESD dissipative ceramic component of claim 19, wherein the resistivity modifier comprises from about 20 vol. % to 40 vol. % of the base material.

26. The ESD dissipative ceramic component of claim 19, wherein the resistivity modifier comprises from about 25 vol. % to 30 vol. % of the base material.

27. The ESD dissipative ceramic component of claim 19, wherein the resistivity modifiers is selected from the group consisting of oxides, carbides, nitrides, oxycarbides, oxynitrides, and oxycarbonitrides.

28. The ESD dissipative ceramic component of claim 19, wherein the flexural strength is at least 600 MPa.

29. The ESD dissipative ceramic component of claim 19, wherein the flexural strength is at least 700 MPa.

30. The ESD dissipative ceramic component of claim 19, wherein the flexural strength is at least 800 MPa.

31. The ESD dissipative ceramic component of claim 19, wherein the flexural strength is at least 900 MPa.

32. The ESD dissipative ceramic component of claim 19, wherein the flexural strength is at least 1000 MPa.

33. The ESD dissipative component of claim 19, where the component has less than 600 particles/cm$^2$ in the particle generation test and where the component has an Ra of less than 3000 Å.

34. The ESD dissipative component of claim 33, wherein the surface finish is produced by tumbling.

35. The ESD dissipative component of claim 33, wherein the color of the ceramic is light.

36. The ESD dissipative component of claim 33, wherein the color of the ceramic is dark.

37. An ESD dissipative ceramic component comprising from about 85 to 60 vol. % Y-TZP and from about 15 to 40 vol. % ZnO densified to at least 99% of the theoretical density by primary and secondary heat treatments.

38. The ESD dissipative ceramic component of claim 37, wherein the composition has an L* color measurement of at least 50 using the CIE 1976 L*a*b scale on an LKE colorimeter.

39. An ESD dissipative ceramic component formed of a sintered composition comprising:
  a base material comprising tetragonal zirconia; and
  a resistivity modifier comprising about 5 vol % to about 60 vol % of the base material, the resistivity modifier selected from conductive and semiconductive materials and mixtures thereof, wherein
    the ESD dissipative ceramic component has a density of at least 99% of the theoretical density of the component.

40. The ESD dissipative ceramic component of claim 39, wherein said Y-TZP is present in an amount of about 90 to 50 vol. %, and said resistivity modifier comprises from about 10 to 50 vol. % semi-conductive SnO$_2$.

41. The ESD dissipative ceramic component of claim 40, wherein the composition has an L* color measurement of at least 50 using the CIE 1976 L*a*b* scale on an LKE colorimeter.

42. The ESD dissipative ceramic component of claim 39, wherein said Y-TZP is present in an amount of about 80 to 70 vol. %, and said resistivity modifier comprises about 20 to 30 vol. % LaMnO$_3$.

43. The ESD dissipative ceramic component of claim 39, wherein said Y-TZP is present in an amount of about 90 to 60 vol. % Y-TZP, and said resistivity modifier comprises about 10 to 40 vol. % LaCrO$_3$.

44. The ESD dissipative ceramic component of claim 39, wherein said Y-TZP is present in an amount of about 90 to 75 vol. %, and said resistivity modifier comprises about 10 to 25 vol. % ZrC.

45. The ESD dissipative ceramic component claim 39, wherein said Y-TZP is present in an amount of about 75 vol. % and, and said resistivity modifier comprises about 25 vol. % BaO 6Fe$_2$O$_3$.

46. The ESD dissipative ceramic component of claim 39, wherein the resistivity modifier comprises and semi-conductive SnO$_2$, said ceramic component having the following physical characteristics:
  (a) predetermined decay time; and
  (b) hardness greater than 10 GPa Vickers.

47. The ESD dissipative ceramic component of claim 46, wherein the SnO$_2$ is present in the range of 20–80% by vol of the initial reagents.

48. The ESD dissipative component, of claim 39, wherein the component is selected from the group consisting of MR (magnetoresistive) head substrates, transfer tools for magnetic head manufacturing, tools, fixtures, and containers for HGA (head gimbal assembly), HSA (head stack assembly), HDD (hard disk drive) assembly, tools, fixtures, and containers for wafer handling, processing, and cleaning, tools, fixtures, and containers for wire bonding, trimming, cutting, pick-and-place nozzles for IC chip handling, nozzles for adhesive and solder dispensing, wafer handling fixtures, end effectors, vacuum chucks, IC handling and test fixtures, tools, fixtures, and containers for ESD sensitive devices, assembly fixtures for IC's and magnetic heads, tweezers, screw drivers, scissors, blades, parts for robotic fingers, tools, fixtures, and containers for electro-optic coating process, tools, fixtures, and containers for reticles (photo mask).

49. An ESD dissipative ceramic component formed by sintering a mixture comprising a base material and one or more resistivity modifiers;
  wherein the base material comprises a tetragonal zirconia polycrystal (TZP);
  wherein the resistivity modifier comprises from about 5 vol. % to 60 vol. % of the base material and is selected from the group consisting of conductive and semiconductive materials or mixtures thereof;
  and wherein the ESD dissipative ceramic component has the following physical properties:
    (a) volume resistivity ranging from $10^6$–$10^9$ Ohm-cm;
    (b) flexural strength of at least 400 MPa; and
    (c) voltage decay time of less than 500 ms.

50. The ESD dissipative ceramic component of claim 49, wherein the sintering is conducted in air.

51. The ESD dissipative ceramic component of claim 50, wherein a secondary heat treatment step comprises hot isostatic pressing.

52. The ESD dissipative ceramic component of claim 49, wherein the resistivity modifier is selected from the group consisting of ZnO, SnO$_2$, ZrC, LaMnO$_3$, BaO 6Fe$_2$O$_3$.

53. An ESD dissipative ceramic component formed of a sintered composition comprising:
  a base material comprising tetragonal zirconia; and
  a resistivity modifier comprising about 5 vol % to about 60 vol % of the base material, the resistivity modifier

27

selected from conductive and semiconductive materials and mixtures thereof, wherein

the ESD dissipative ceramic component has an L* color measurement of at least 50 using the CIE 1976 L*a*b* scale on an LKE calorimeter, a density not less than 95% of theoretical density, and a volume resistivity within a range of about $10^3$ to about $10^{11}$.

54. The ESD dissipative ceramic component of claim 53, wherein the ESD dissipative ceramic component has the following physical properties:

(a) volume resistivity ranging from $10^5$–$10^9$ Ohm-cm;

(b) flexural strength of at least 400 MPa; and

(c) a residual flux density no greater than about 10 Gauss.

55. The nonmagnetic ESD dissipative ceramic component of claim 54, wherein the resistivity modifiers have a molar magnetic susceptibility of less than $10^{-3}$ ml/mol.

56. The nonmagnetic ESD dissipative ceramic component of claim 55, wherein the resistivity modifiers are selected from the group consisting of ZnO, $SnO_2$, $LaMnO_3$, $BaO \cdot 6Fe_2O_3$ and mixtures thereof.

57. The ESD dissipative ceramic component of claim 53, wherein the component is a transfer tool for magnetoresistive head manufacturing, wherein the ESD dissipative ceramic transfer tool has a residual flux density no greater than about 10 Gauss.

58. A method of processing a wafer, comprising:

providing a tool for processing the wafer, the tool comprising the sintered composition of claim 53; and

processing the wafer utilizing the tool.

59. The component of claim 53, wherein said resistivity modifier comprises at least one of ZnO and $SnO_2$.

60. The component of claim 53, wherein the density is not less than about 98% of theoretical density.

61. The component of claim 53, wherein the density is not less than about 99% of theoretical density.

62. An ESD dissipative ceramic component formed of a sintered composition comprising:

a base material comprising tetragonal zirconia; and

a resistivity modifier comprising about 5 vol % to about 60 vol % of the base material, the resistivity modifier

28

selected from conductive and semiconductive materials and mixtures thereof, wherein the component has less than 600 particles/$cm^2$ in a particle generation test.

63. A method of processing a wafer, comprising:

providing a tool for processing the wafer, the tool comprising the sintered composition of claim 62; and

processing the wafer utilizing the tool.

64. The component of claim 62, wherein the particle generation test is carried out by subjecting the component to an ultrasonic bath to dislodge particles into water, at a frequency of 68 kHz for 30 seconds.

65. An ESD dissipative ceramic integrated circuit fixture formed of a sintered composition comprising:

a base material comprising tetragonal zirconia; and

a resistivity modifier comprising about 5 vol % to about 60 vol % of the base material, the resistivity modifier selected from conductive and semiconductive materials and mixtures thereof, wherein the fixture has a density of at least 99% of the theoretical density.

66. The fixture of claim 65, wherein the fixture is selected from the group consisting of handling, test, and assembly fixtures for integrated circuits.

67. The fixture of claim 65, wherein the fixture is a test fixture for integrated circuits.

68. An ESD dissipative ceramic integrated circuit fixture formed of a sintered composition comprising:

a base material comprising tetragonal zirconia; and

a resistivity modifier comprising about 5 vol % to about 60 vol % of the base material, the resistivity modifier selected from conductive and semiconductive materials and mixtures thereof, wherein the fixture has less than 600 particles/$cm^2$ in a particle generation test.

69. The fixture of claim 68, wherein the fixture is selected from the group consisting of handling, test, and assembly fixtures for integrated circuits.

70. The fixture of claim 68, wherein the fixture is a test fixture for integrated circuits.

* * * * *

**04-40034**

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974 is req the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## 1. (a) PLAINTIFFS
Saint-Gobain Ceramics and Plastics, Inc.
One New Bond Street, Worcester, Massachusetts 01615

**DEFENDANTS**
CoorsTek, Inc.
16000 Table Mountain Parkway, Golden, Colorado 80403

(b) County of Residence of First Listed Plaintiff: Worcester
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Jefferson (Colorado)
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(C) Attorney's (Firm Name, Address, and Telephone Number)
Matthew B. Lowrie, Esq./Aaron W. Moore, Esq.
Lowrie, Lando & Anastasi, LLP
One Main Street, Cambridge, MA 02142

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☒ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | |
| ☐ 240 Torts to Land | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 535 Death Penalty | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation | |
| | | | ☐ 791 Empl. Ret. Inc. Security Act | |
| | | | ☐ 871 IRS-Third Party 26 USC 7609 | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Patent Infringement, 35 U.S.C. s. 101, et seq.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE: March 3, 2004
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**04 - 40034**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED CLERKS OFFICE
2004 MAR -3 P 2: 28
U.S. DISTRICT COURT
DISTRICT OF MASS.

1. Title of case (name of first party on each side only) __Saint-Gobain Ceramics and Plastics, Inc. v. CoorsTek, Inc.__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
   - [✓] II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
   - [ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
   - [ ] IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
   - [ ] V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   None.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]   NO [✓]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]   NO [✓]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]   NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]   NO [✓]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [✓]   NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [ ]   Central Division [✓]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [ ]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]   NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  Matthew B. Lowrie, Esq./Aaron W. Moore, Esq.
ADDRESS  Lowrie, Lando & Anastasi, LLP, One Main Street, Cambridge, MA 02142
TELEPHONE NO.  617-395-7000

(Coversheetlocal.wpd - 10/17/02)