IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SAINT-GOBAIN CERAMICS AND
PLASTICS, INC.,

        Plaintiff

v.

COORSTEK, INC.,

        Defendant.

Civil Action No.:  04-CV-40034 (NMG)

## NOTICE OF APPEARANCE

Pursuant to local Rule 83.5.2, please enter my appearance on behalf of Plaintiff Saint-Gobain Ceramics and Plastics, Inc. in the above-identified action.

Respectfully submitted,

Dated: June 29, 2004

    /s/ Emily A. Berger
Emily A. Berger, BBO No. 650,841
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel: 617-395-7000
Fax: 617-395-7070

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was served by first class mail on Kenneth Chang, Townsend and Townsend and Crew, LLP, 1200 Seventeenth Street, Suite 2700, Denver, CO 80202-5827 on this 29th day of June, 2004.


Dated: June 29, 2004                     /s/ Emily A. Berger
                                         Emily A. Berger