AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

SAINT-GOBAIN CERAMICS AND
PLASTICS, INC.,
                Plaintiff

v.

COORSTEK, INC.,
                Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04-40034 NMG**

TO: (Name and address of defendant)

CoorsTek, Inc.
16000 Table Mountain Parkway
Golden, Colorado 80403

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew B. Lowrie, Esq.
Lowrie, Lando & Anastasi, LLP
One Main Street
Cambridge, MA 02142

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**                3-3-04

CLERK                                   DATE

_Sherry Jones_
(BY) DEPUTY CLERK

This form was electronically produced by Elite Federal Forms, Inc.

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6/29/04 |
| NAME OF SERVER (PRINT) Emily A. Berger | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service Accepted by Defendant's counsel, Kenneth Chang of Townsend and Townsend and Crew, LLP of Denver, Colorado

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/29/04
Date

Signature of Server: Emily A. Berger

Address of Server: Lowrie Lando & Anastasi LLP
One Main St., Cambridge, MA 02142

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.