IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SAINT-GOBAIN CERAMICS AND
PLASTICS, INC.,

               Plaintiff

v.                                                                              Civil Action No.:  04-CV-40034 (NMG)

COORSTEK, INC.,

               Defendant.

**STIPULATED MOTION TO EXTEND TIME**
**FOR THE FILING OF THE ANSWER**

Plaintiff Saint-Gobain Ceramics and Plastics, Inc. ("Saint-Gobain") respectfully requests

that this Court extend the time by which defendant CoorsTek, Inc. ("CoorsTek") must answer

Saint-Gobain's Complaint by 30 days, to and including August 18, 2004.

In support of this Motion, Saint-Gobain states as follows:

1.      CoorsTek accepted service of the Summons and Complaint in this action on June

29, 2004.  Return of service was filed on that date.

2.      CoorsTek's Answer is due by July 19, 2004.

3.      CoorsTek desires additional time to prepare its Answer.

4.      There has not been any previous request for an extension of time in this case and

no party will be prejudiced by the requested extension.

5.      CoorsTek's counsel has stipulated to allowance of this motion.

For the above reasons, Saint-Gobain requests that this motion, to extend the time by which CoorsTek must answer the Complaint to and including August 18, 2004, be ALLOWED.

Respectfully submitted,

Dated:  July 9, 2004                    by:        /s/ Emily A. Berger_____
                                                    Matthew B. Lowrie, BBO No. 563,414
                                                    Aaron W. Moore, BBO No. 638,076
                                                    Emily A. Berger, BBO No. 650,841
                                                    Lowrie, Lando & Anastasi, LLP
                                                    Riverfront Office Park
                                                    One Main Street - 11th Floor
                                                    Cambridge, MA 02142
                                                    Tel : 617-395-7000
                                                    Fax: 617-395-7070

<u>CERTIFICATE OF SERVICE</u>

It is hereby certified that a copy of the foregoing was served by first class mail on Kenneth Chang, Townsend and Townsend and Crew, LLP, 1200 Seventeenth Street, Suite 2700, Denver, CO 80202-5827 on this 9th day of July, 2004.


Dated: July 9, 2004                    __/s/ Emily A. Berger_____
                                       Emily A. Berger