IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SAINT-GOBAIN CERAMICS AND
PLASTICS, INC.,

    Plaintiff

v.

COORSTEK, INC.,

    Defendant.

Civil Action No.:  04-CV-40034 (FDS)

## SECOND STIPULATED MOTION TO EXTEND TIME
## FOR THE FILING OF THE ANSWER

   Plaintiff Saint-Gobain Ceramics and Plastics, Inc. ("Saint-Gobain") respectfully requests that this Court extend the time by which defendant CoorsTek, Inc. ("CoorsTek") must answer Saint-Gobain's Complaint by an additional 30 days, to and including September 17, 2004.

   In support of this Motion, Saint-Gobain states as follows:

1.  CoorsTek accepted service of the Summons and Complaint in this action on June 29, 2004.  Return of service was filed on that date.

2.  CoorsTek's Answer was initially due by July 19, 2004.

3.  A First Stipulated Motion to Extend Time for the Filing of the Answer was filed on July 9, 2004 and granted on July 19, 2004, extending the date by which CoorsTek's Answer was due until August 18, 2004.

4.  No party will be prejudiced by the requested extension.

5.  CoorsTek still desires additional time to prepare its Answer.

6.  CoorsTek's counsel has stipulated to allowance of this motion.

For the above reasons, Saint-Gobain requests that this motion, to extend the time by which CoorsTek must answer the Complaint to and including September 17, 2004, be ALLOWED.

Respectfully submitted,

Dated:  August 10, 2004

by: /s/ Emily A. Berger
Matthew B. Lowrie, BBO No. 563,414
Aaron W. Moore, BBO No. 638,076
Emily A. Berger, BBO No. 650,841
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel : 617-395-7000
Fax: 617-395-7070

2

<u>CERTIFICATE OF SERVICE</u>

It is hereby certified that a copy of the foregoing was served by first class mail and e-mail on Kenneth Chang, Townsend and Townsend and Crew, LLP, 1200 Seventeenth Street, Suite 2700, Denver, CO 80202-5827 on this 10th day of August, 2004.

Dated: August 10, 2004

__/s/ Emily A. Berger_____
Emily A. Berger