IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAINT-GOBAIN CERAMICS AND PLASTICS, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 04-40034 ) |
| COORSTEK, INC., | ) ) ) |
| Defendant. | ) ) |

**ASSENTED TO MOTION FOR ADMISSION PRO HAC VICE**

Gregg Shapiro, a member of the Bar of the United States District Court for the District of Massachusetts, and counsel of record for defendant CoorsTek, Inc., hereby moves, pursuant to Local Rule 83.5.3, for the admission pro hac vice of David E. Sipiora and Kenneth S. Chang as additional counsel for defendant CoorsTek, Inc. in this action.

As attested to in the attached certificates, Messrs. Sipiora and Chang are members of the bar in good standing in every jurisdiction where they have been admitted to practice, there are no disciplinary actions pending against them as members of the bar in any jurisdiction, and they are familiar with the Local Rules of this Court.

CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

Plaintiffs' counsel, Matthew B. Lowrie, has assented to this motion.

Respectfully submitted,

COORSTEK, INC.,

By its attorneys,

Dated:  September 17, 2004

/s/ Gregg Shapiro
Gregg Shapiro (BBO #642069)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109
(617) 248-5000

Of Counsel:
David E. Sipiora
Kenneth S. Chang
Townsend and Townsend and Crew, LLP
1200 17th Street, Suite 2700
Denver, CO 80202

3746312