IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SAINT-GOBAIN CERAMICS AND PLASTICS, INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>COORSTEK, INC., )<br><br>Defendant. ) | Civil Action No. 04-40034 |

## ASSENTED-TO MOTION TO RE-SCHEDULE LOCAL RULE 16 CONFERENCE

Defendant CoorsTek, Inc. ("CoorsTek"), with the assent of plaintiff Saint-Gobain Ceramics and Plastics, Inc. ("Saint-Gobain"), moves to re-schedule the Local Rule 16 Conference from November 22, 2004, to December 2, 2004.  In support of this motion, CoorsTek states that undersigned counsel Gregg Shapiro is scheduled to be on a long-planned vacation out of state on November 22, 2004, and that he has conferred with counsel for Saint-Gobain and the Clerk on re-scheduling the conference to December 2, 2004.

WHEREFORE, CoorsTek respectfully requests that the Court re-schedule the Local Rule 16 Conference in this matter to December 2, 2004, at 10:30 a.m.

        Respectfully submitted,

        COORSTEK, INC.,

        By its attorneys,

Dated: October 29, 2004        /s/ Gregg Shapiro
        Gregg Shapiro (BBO #642069)
        CHOATE, HALL & STEWART
        Exchange Place
        53 State Street
        Boston, MA 02109
        (617) 248-5000

        David E. Sipiora (pro hac vice)
        Kenneth S. Chang (pro hac vice)
        Townsend and Townsend and Crew, LLP
        1200 17th Street, Suite 2700
        Denver, CO 80202

3762390