IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SAINT-GOBAIN CERAMICS & PLASTICS, INC.,

        Plaintiff,

v.

COORSTEK, INC.,

        Defendant.

Civil Action No.: 04-cv-40034 (FDS)

## **(PROPOSED) JOINT DISCOVERY PLAN**

Pursuant to Rules 16(b), (c) and 26(f) of the Federal Rules of Civil Procedure and Local Rules 16.1(b) and 26.2, a telephone conference was held on November 4, 2004, attended by Emily A. Berger for Plaintiff and Kenneth S. Chang for Defendant.

The parties' Proposed Discovery Plan is as follows:

1.     Rule 26(a) Disclosures.

Defendant's 26(a)(1) disclosures will be made within the time prescribed by the rules, or Plaintiff will assent to a two-week extension. Plaintiff's 26(a)(1) disclosures were made on November 4, 2004.

2.     Discovery Subjects, Timing, and Procedures.

Discovery will be needed in this patent case on the subjects of infringement, validity, and enforceability of the patent-in-suit, claim interpretation, and damages.

As detailed in the table, all fact discovery will be completed by August 1, 2005, and this case should be ready for a pretrial conference on January 10, 2006. The following table presents these and other deadlines for discovery.

| | |
|---|---|
| Amending Pleadings to Add Parties | May 1, 2005 |
| Close of Fact Discovery | August 1, 2005 |
| Expert Reports Served on Issues That a Party Bears the Burden of Proof | August 5, 2005 |
| Expert Reports Served on Issues That a Party Does Not Bear the Burden of Proof | August 5, 2005 |
| Rebuttal Expert Reports Served on Issues That a Party Bears the Burden of Proof | September 1, 2005 |
| Rebuttal Expert Reports Served on Issues That a Party Does Not Bear the Burden of Proof | September 1, 2005 |
| Initial Markman Briefs | September 15, 2005 |
| Close of Expert Discovery | October 1, 2005 |
| Responsive Markman Brief | October 15, 2005 |
| Filing of Dispositive Motions | November 21, 2005 |
| Final Pretrial Conference | January 10, 2006 |
| Trial | January 31, 2006 |

3.  **Discovery Limitations.**

Depositions should be limited to a total of 10 for each side, including those of experts. Particular depositions should be completed in seven hours. Where a single witness is proffered for a 30(b)(6) deposition, however, two (2) seven-hour business days will be allotted for completion of the deposition. Requests for production of documents and things should be limited to three sets of requests for each side. Interrogatories should be limited to 25 interrogatories, including subparts, for each side. There shall be no limit on the number of requests for admissions that may be made by either party.

4.  Alternative Dispute Resolution

The parties shall attempt to resolve the case by alternative dispute resolution on or before January 31, 2005.

5.  Bifurcation

Defendant will request bifurcation of liability and damages issues, and Plaintiff will oppose.

A Stipulated Protective Order should be entered pursuant to Rule 26(c).

Respectfully submitted,

| by Plaintiff's counsel | by Defendant's counsel |
|---|---|
| /s/ Emily A. Berger | /s/ Gregg Shapiro |
| Matthew B. Lowrie (BBO No. 563,414) | Gregg Shapiro (BBO No. 642,069) |
| Aaron W. Moore (BBO No. 638,076) | Choate, Hall & Stewart |
| Emily A. Berger (BBO No. 650,841) | 53 State Street |
| Lowrie, Lando & Anastasi, LLP | Boston, MA 02109 |
| Riverfront Office Park | |
| One Main Street, 11th Floor | David E. Sipiora |
| Cambridge, MA 02142 | Kenneth S. Chang |
| Tel : 617-395-7000 | Townsend and Townsend and Crew, LLP |
| Fax: 617-395-7070 | 1200 Seventeenth Street |
| | Suite 2700 |
| | Denver, Colorado 80202-5827 |
| | Tel: 303-571-4000 |
| | Fax: 303-571-4321 |