IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SAINT-GOBAIN CERAMICS & PLASTICS, INC.,

    Plaintiff,

v.

COORSTEK, INC.,

    Defendant.

Civil Action No. 04-CV-40034 (FDS)

## DEFENDANT'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Counsel for the Defendant and the authorized representative of the Defendant hereby certify that they have conferred with a view to establishing a budget for the costs of conducting this litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs.

| | |
|---|---|
| /s/ Dane A. Bartlett | /s/ Gregg Shapiro |
| Dane A. Bartlett | Gregg Shapiro (BBO # 642069) |
| Secretary & General Counsel | CHOATE, HALL & STEWART |
| COORSTEK, INC. | 53 State Street |
| 16000 Table Mountain Pkwy. | Boston, MA 02109 |
| Golden, CO 80403 | (617) 248-5000 |
| (303) 271-7141 | |

3774111