IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAINT-GOBAIN CERAMICS & PLASTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> COORSTEK, INC., <br><br> Defendant. | Civil Action No.: 04-cv-40034 (FDS) |

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)**

We hereby certify that we have conferred (a) with a view to establishing a budget for the cost of conducting the full course-and various courses-of the above-captioned litigation, and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: December 1, 2004

| Respectfully submitted, | |
|---|---|
| *[signature]* | *[signature]* |
| Thomas G. Field III<br>Intellectual Property Counsel<br>Intellectual Property Law Department<br>Saint-Gobain Corporation<br>One New Bond Street<br>P. O. Box 15138<br>Worcester, MA 01615-0138<br><br>Tel. (508) 795-5564<br>Fax (508) 795-2653 | Matthew B. Lowrie, BBO No. 563,414<br>mlowrie@ll-a.com<br>Aaron W. Moore, BBO No. 638,076<br>amoore@ll-a.com<br>Emily A. Berger, BBO No. 650,841<br>eberger@ll-a.com<br>Lowrie, Lando & Anastasi, LLP<br>One Main Street - 11th Floor<br>Cambridge, MA 02142<br><br>Tel: 617-395-7000<br>Fax: 617-395-7070 |