IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SAINT-GOBAIN CERAMICS & PLASTICS, INC.,

    Plaintiff,

v.

COORSTEK, INC.,

    Defendant.

Civil Action No.: 04-cv-40034 (FDS)

## STIPULATED MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiff Saint-Gobain Ceramics & Plastics, Inc. ("Saint-Gobain") hereby moves for entry of the Consent Judgment attached hereto as Exhibit A. Defendant Coorstek, Inc. ("Coorstek") has agreed to and executed the Consent Judgment, and stipulates to its entry.

WHEREFORE, Saint-Gobain requests that this Court enter the Consent Judgment attached hereto as Exhibit A.

SAINT-GOBAIN CERAMICS & PLASTICS, INC.

March 18, 2005

By Its Attorneys

_/s/ Emily A. Berger_
Matthew B. Lowrie, BBO No. 563,414
Aaron W. Moore, BBO No. 638,976
Emily A. Berger, BBO No. 650,841
LOWRIE, LANDO & ANASTASI, LLP
One Main Street, 11th Floor
Cambridge, MA 02142
(617) 395-7000