EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAINT-GOBAIN CERAMICS & PLASTICS, INC., <br><br> Plaintiff <br><br> v. <br><br> COORSTEK, INC., <br><br> Defendant. | Civil Action No.: 4:04-cv-40034 (FDS) |

## CONSENT JUDGMENT

THIS MATTER comes before the Court upon a stipulation of the parties, requesting that a final decree, as to the matters set forth below, be entered as follows.

**THIS COURT ADJUDGES AND DECREES AS FOLLOWS:**

1. This action arises under the patent laws of the United States, Title 35 of the United States Code.

2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1338(a).

3. Venue in this Court is proper.

4. Plaintiff, Saint-Gobain Ceramics & Plastics, Inc. ("SGCP") is the owner of United States Patent No. 6,669,871 (the "'871 patent") issued on December 30, 2003, and has the right to sue on the '871 patent.

5. The '871 patent is valid and enforceable.

6. Defendant has infringed the '871 patent by using, offering for sale and selling certain products within the United States.

**FURTHER PROVISIONS:**

7. Defendant is permanently enjoined from further infringement of the '871 patent, including importing, making, using, selling, or offering for sale in or into the United States, the goods and materials covered by the '871 patent, without SGCP's prior written authorization.

8. The parties and their officers, agents, servants, employees and attorneys, and all those in active concert or participation with any of them who receive actual notice of this Consent Judgment by personal service or otherwise, as well as all successors and assigns of the parties, are bound thereby.

9. Violation of the within Consent Judgment is enforceable under the applicable contempt power of this Court.

10. This Court shall retain jurisdiction over the subject matter and parties to construe, enforce and implement this Consent Judgment, upon application of either party. All notices in connection with this Consent Judgment shall be deemed sufficient to each party when served by certified mail, return receipt requested, by overnight courier, or by facsimile, at the addresses indicated below or at such other place as a party may indicate in writing to the other party.

11. The parties waive their right to an appeal or otherwise contest this Consent Judgment.

IT IS SO ORDERED AND DECREED THIS 21st day of March, 2005.

                                                        United States District Judge
                                                        F. DENNIS SAYLOR

CONSENTED TO:

SAINT-GOBAIN CERAMICS & PLASTICS, INC.,

by: _____
Matthew B. Lowrie, BBO No. 563,414
Aaron W. Moore, BBO No. 638,076
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel : 617-395-7000
Fax: 617-395-7070


and

COORSTEK, INC.,

By: _____
Kenneth S. Chang
Townsend and Townsend and Crew LLP
1200 Seventeenth Street
Suite 2700
Denver, CO 80202